IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-339-D
5:15-CV-358-D

| | |
|---|---|
| ERIC BRANCH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This case comes before the court on two pro se motions (D.E. 142, 143) filed by petitioner Eric Branch ("petitioner") requesting a report on the status of the court's consideration of his petition (D.E. 121) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("petition"). The undersigned is filing contemporaneously herewith a memorandum and recommendation recommending dismissal of the sole claim in the petition. Petitioner's motions for status reports are accordingly DENIED AS MOOT.

SO ORDERED, this 14th day of December 2016.

James E. Gates
United States Magistrate Judge