IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-339-D
No. 5:15-CV-358-D

| | | |
|---|---|---|
| ERIC BRANCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On December 12, 2017, Eric Branch ("Branch") filed a motion for reconsideration [D.E. 153]. Branch again alleges ineffective assistance of counsel. Id. at 2. The court is very familiar with Branch's case. See [D.E. 118, 130, 144, 145, 146, 149]. This is Branch's second motion for reconsideration it contains the same allegations that Branch made in his first motion for reconsideration. See [D.E. 148].

The motion for reconsideration [D.E. 153] lacks merit and is DENIED.

SO ORDERED. This _16_ day of July 2018.

                                              JAMES C. DEVER III
                                              Chief United States District Judge