# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 1, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Eric Branch
           v. United States
           No. 18-6549
           (Your No. 17-7592)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 6, 2018 and placed on the docket November 1, 2018 as No. 18-6549.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst