UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:12-CR-339-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 200) |
| ERIC BRANCH | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 200 (2021 Medical Records) be sealed until further notice by this Court.

This __30__ day of __April__, 2021.

JAMES C. DEVER III
United States District Judge