UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:12-CR-339-D-1

UNITED STATES OF AMERICA, )
 )
v. )    ORDER TO SEAL
 )    (DE 220)
ERIC BRANCH )
_____)

Upon the motion of the defendant and for good cause shown, it is hereby

ordered that DE 220 (2022 Medical Records) be sealed until further notice by

this Court.

This  _8_  day of August, 2022.


JAMES C. DEVER III
United States District Judge